IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KEILA CROSS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, d/b/a REPUBLIC SERVICES,<br><br>Defendants. | CV 21-145-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter and ask that the case be reassigned.

DATED this 27th day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge