IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | |
|---|---|
| KEILA CROSS, on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>ALLIED WASTE SERVICES OF NORTH AMERICA, LLC, D/B/A REPUBLIC SERVICES,<br><br>                        Defendant. | No. CV 21-145-M-SEH<br><br>ORDER |

On December 22, 2021, Defendant Allied Waste Services of North America, LLC d/b/a Republic Services (Republic) filed a Motion to Dismiss Pursuant to Rule 12(b)(6) or in the Alternative to Compel Arbitration[1] and a supporting brief.[2] Included with the motion and brief were affidavits, with attached exhibits, of Donald Moss and Jeffrey M. Roth, Esq.[3] Plaintiff Keila Cross responded to the motion on January 10, 2022, including affidavits, with attached exhibits, of Cross and Renee Wayne.[4]

---

[1] Doc. 5.
[2] Doc. 6.
[3] Doc. 6-1, 6-2.
[4] Doc. 9-1, 9-2.

The motion will be treated as one for summary judgment.[5]

**ORDERED:**

1.  Republic's Motion to Dismiss[6] hereafter will be treated as a Fed. R. Civ. P. 56 motion for summary judgment.

2.  The parties are accorded to and including **December 9, 2022**, in which to conduct and complete discovery, limited to issues relevant to the converted Rule 56 motion for summary judgment.[7]

3.  The Court, by separate order, will establish a briefing schedule, if necessary and appropriate, for the converted Rule 56 motion for summary judgment.[8]

DATED this 17th day of October, 2022.

*[signature]*

SAM E. HADDON
United States District Judge

---

[5] Fed. R. Civ. P. 12(d).
[6] Doc. 5.
[7] *Id.*
[8] *Id.*